NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JACK BATES RIDER, III, *Petitioner*.

No. 1 CA-CR 18-0245 PRPC
FILED 7-12-2018

Petition for Review from the Superior Court in Yavapai County
No. V1300CR201280534
The Honorable Jeffrey G. Paupore, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Michael P. McGill
*Counsel for Respondent*

C. Kenneth Ray, II, PLLC, Prescott
By C. Kenneth Ray, II
*Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Diane M. Johnsen, Judge Paul J. McMurdie and Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**   Petitioner Jack Bates Rider, III seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition for post-conviction relief.

**¶2**   Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**   We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We conclude that petitioner has not established an abuse of discretion.

**¶4**   For the foregoing reasons, we grant review and deny relief.

